Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SPECTRA RESTAURANT 3 LLC dba MAS FUEGO; JAI JAI MATA, INC. dba MAS FUEGO; HART PACIFIC COMMONS BLOCK 5, LLC;<br><br>　　　　Defendants. | No. 3:23-cv-01937-AMO<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, Spectra Restaurant 3 LLC dba Mas Fuego; and Hart Pacific Commons Block 5, LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: August 24, 2023               MOORE LAW FIRM, P.C.

                                     /s/ Tanya E. Moore
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Gerardo Hernandez

Dated: August 24, 2023               GARCIA & PHAN

                                     /s/ Robert N. Phan
                                     Robert N. Phan
                                     Attorneys for Defendant,
                                     Spectra Restaurant 3 LLC dba Mas Fuego

Dated: August 24, 2023               BORTON PETRINI, LLP

                                     /s/ Samuel L. Phillips
                                     Samuel L. Phillips
                                     Attorneys for Defendant,
                                     Hart Pacific Commons Block 5, LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                     /s/ Tanya E. Moore
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Gerardo Hernandez